# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GENET M. KOREBTAW,<br>    Plaintiff(s),<br>v.<br>STRATOSPHERE GAMING, LLC,<br>    Defendant(s). | Case No. 2:25-cv-01378-JAD-MDC<br><br>**Order** |

An early neutral evaluation ("ENE") is set for October 20, 2025. Docket No. 4. It appears holding an ENE would be futile. *See* Docket No. 14. Accordingly, the Court **VACATES** the ENE. *See* Local Rule 16-6(c) ("The evaluating magistrate judge . . . may exempt any case from early neutral evaluation on the judge's own motion"). The Clerk's Office is **INSTRUCTED** to remove the ENE flag from this case and to remove the undersigned as the settlement judge.

IT IS SO ORDERED.

Dated: October 10, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1