DEVERIE J. CHRISTENSEN, ESQ.
Nevada State Bar No. 6596
I-CHE LAI, ESQ.
Nevada State Bar No. 12247
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Email: deverie.christensen@jacksonlewis.com
Email: i-che.lai@jacksonlewis.com

*Attorneys for Defendant*
*Stratosphere Gaming, LLC d/b/a*
*The Strat Hotel & Casino*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GENET M. KOREBTAW, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STRATOSPHERE GAMING, LLC d/b/a THE STRAT HOTEL & CASINO; DOES 1-10 AND ROES I-X,<br><br>Defendant. | Case No.: 2:25-cv-01378-JAD-MDC<br><br>**STIPULATION AND ORDER TO EXTEND PRE-TRIAL DEADLINES**<br>**(First Request)** |

Pursuant to LR IA 6-1 and 6-2 and LR 26-3, Plaintiff Genet M. Korebtaw and Defendant Stratosphere Gaming, LLC, by and through their respective counsel of record, stipulate to extend discovery by sixty days. This is the first stipulation for extension of pre-trial deadlines. In support of this stipulation, the parties provide the following:

**A.    Discovery Completed to Date.**

To date, the parties have completed the following discovery:

1. September 17, 2025: Plaintiffs' Fed. R. Civ. P. 26(a)(1) initial disclosure;

2. September 24, 2025: Defendant's Fed. R. Civ. P. 26(a)(1) initial disclosure;

3. December 1, 2025: Plaintiff's first set of requests for admission to Defendant;

4. December 1, 2025: Plaintiff's first set of interrogatories to Defendant;

5. December 1, 2025: Plaintiff's first set of requests for production to Defendant;

6. December 16, 2025: Defendant's first set of interrogatories to Plaintiff; and

7. December 16, 2025: Defendant's first set of requests for production to Plaintiff.

**B.  Discovery Which Still Needs to Occur.**

The parties expect to complete the following discovery:

1. Defendant's responses to Plaintiff's first set of requests for admission;

2. Defendant's responses to Plaintiff's first set of interrogatories;

3. Defendant's responses to Plaintiff's first set of requests for production;

4. Plaintiff's responses to Defendant's first set of interrogatories;

5. Plaintiff's responses to Defendant's first set of requests for production;

6. Defendant's deposition of Plaintiff;

7. Plaintiff's deposition of Defendant's Fed. R. Civ. P. 30(b)(6) witness; and

8. any additional subpoenas, depositions, and written discovery as needed.

**C.  Reasons Why Discovery Has Not Been Completed.**

The parties have been working diligently to complete discovery. With the recent holidays, there has been difficulty scheduling and completing depositions within the current discovery deadlines. Both counsel were out of the office the last week of 2025, and Plaintiff has recently indicated that she is unavailable for a deposition until February 2026. This is why the parties are seeking an extension of discovery within twenty-one days of the current discovery cutoff. There is therefore good cause to extend discovery to accommodate the need to complete the remaining discovery.

**D.  Proposed Schedule for Completing Remaining Discovery.**

The parties propose a sixty-day extension of the following pre-trial deadlines:

1. **Discovery Cut-Off Date:** The January 26, 2026, discovery cut-off date shall be extended to **March 27, 2026**.

2. **Dispositive Motions:** The February 25, 2026, dispositive motions deadline shall be extended to **April 27, 2026,** which is thirty-one days after the discovery deadline. The thirtieth day falls on Sunday, April 26, 2026, a non-judicial day; therefore, in accordance with Fed. R. Civ. P. 6(a)(1), the deadline advances to the next judicial day, which is April 27, 2026.

3. **Pretrial Order:** If no dispositive motions are filed, the Joint Pretrial Order shall be filed thirty days after the date set for the filing of the dispositive motions, which is **May 27, 2026**. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty days after the decision on the dipositive motions or by further order of the Court.

Dated: January 12, 2026

| GUINNESS LAW FIRM | JACKSON LEWIS P.C. |
|---|---|
| */s/Guinness Ohazuruike* <br> Guinness Ohazuruike <br> Nevada Bar No. 11231 <br> 746845 West Charleston Boulevard, #A <br> Las Vegas, Nevada 89117 <br><br> *Attorneys for Plaintiff* <br> *Genet M. Korebtaw* | */s/I-Che Lai* <br> Deverie J. Christensen <br> Nevada Bar No. 6596 <br> I-Che Lai <br> Nevada Bar No. 12247 <br> 300 South Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendant* <br> *Stratosphere Gaming, LLC d/b/a* <br> *The Strat Hotel & Casino* |

## **ORDER**

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

Dated: __January 13, 2026_____

3