# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Genet M. Korebtaw,

     Plaintiff,

vs.

Stratosphere Gaming, LLC d/b/a The Strat Hotel & Casino,

     Defendant.

Case No. 2:25-cv-01378-JAD-MDC

**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME (ECF NO. 20)**

Defendant filed a *Motion to Extend Time* ("Motion") (ECF No. 20) regarding the Dispositive Motion and Joint Pretrial Order deadlines in this case. *ECF No. 20*. Plaintiff has not filed any opposition and therefore consents to the granting of the Motion. LR 7-2(d). With good cause shown and because the Motion is unopposed, the Court therefore **GRANTS** the Motion. The Dispositive Motion and Joint Pretrial Order deadlines are extended in accordance to defendant's request as follows:

Dispositive Motion Deadline: **June 26, 2026**.

Joint Pretrial Order Deadline: **July 27, 2026**. If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order. The disclosures required by Federal Rule of Civil Procedure 26(a)(3) and any objections to them must be included in the joint pretrial order.

//

//

//

//

//

//

//

1

ACCORDINGLY,

**IT IS ORDERED** that:

1.  Defendant's *Motion to Extend Time* (ECF No. 20) is **GRANTED**.

2.  The Dispositive Motion and Joint Pretrial Order deadlines in this case are extended as stated in this Order.

IT IS SO ORDERED.

DATED: May 22, 2026.

_____
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge